Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                     Case No.: 19−22757−VFP
                                     Chapter: 13
                                     Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stacy L Carpino
   aka Stacy L Arbutina−Carpino, aka Stacy
   Lee Arbutina
   40 Church Street
   Lodi, NJ 07644

Social Security No.:
   xxx−xx−9431

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/12/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 12, 2020
JAN: mcp

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-22757-VFP
Stacy L Carpino                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2              Date Rcvd: Aug 12, 2020
                            Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.
```
db            +Stacy L Carpino,    40 Church Street,    Lodi, NJ 07644-2407
cr            +Deutsche Bank National Company, as Trustee on beha,    8742 Lucent BLVD,    Suite 300,
               Highlands Ranch, CO 80129-2386
cr            +Specialized Loan Servicing LLC,    P.O. Box 340514,    Tampa, FL 33694-0514
518326099     +Anthony D. Carpino,    40 Church Street,    Lodi, NJ 07644-2407
518447311     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518405020     +Pride Financial, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
               Parsippany, NJ 07054-4609
518325229     +Specialized Loan Servicing,    8742 Lucent Blvd, Suite 300,    Littleton, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2020 23:56:24      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2020 23:56:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Aug 13 2020 03:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
               PO BOX 41021,    Norfolk, VA 23541-1021
518325230     +EDI: CAPITALONE.COM Aug 13 2020 03:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
               Salt Lake City, UT 84130-0285
518392362     +EDI: AIS.COM Aug 13 2020 03:33:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518325231     +EDI: WFNNB.COM Aug 13 2020 03:33:00      Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
               Po Box 182125,    Columbus, OH 43218-2125
518325232     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 13 2020 00:04:20      Credit One Bank,
               Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518391699      EDI: ECMC.COM Aug 13 2020 03:33:00      ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
518325233     +EDI: AMINFOFP.COM Aug 13 2020 03:33:00      First Premier Bank,    Attn: Bankruptcy,
               Po Box 5524,    Sioux Falls, SD 57117-5524
518325234     +EDI: PHINGENESIS Aug 13 2020 03:33:00      Genesis Bc/Celtic Bank,    Attn: Bankruptcy,
               Po Box 4477,    Beaverton, OR 97076-4401
518420529      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 00:04:24      LVNV Funding, LLC,
               Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
518325235     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 13 2020 00:04:04
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
518325236     +EDI: MID8.COM Aug 13 2020 03:33:00      Midland Funding,    2365 Northside Dr Ste 300,
               San Diego, CA 92108-2709
518437608     +EDI: MID8.COM Aug 13 2020 03:33:00      Midland Funding LLC,    PO Box 2011,
               Warren MI 48090-2011
518325237      EDI: PRA.COM Aug 13 2020 03:33:00      Portfolio Recovery,    Attn: Bankruptcy,
               120 Corporate Blvd,    Norfold, VA 23502
518437097      EDI: PRA.COM Aug 13 2020 03:33:00      Portfolio Recovery Associates, LLC,
               c/o Capital One, N.a.,    POB 41067,    Norfolk VA 23541
518446916      EDI: PRA.COM Aug 13 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Paypal,
               POB 41067,    Norfolk VA 23541
518437099      EDI: PRA.COM Aug 13 2020 03:33:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
               POB 41067,    Norfolk VA 23541
518403239     +EDI: JEFFERSONCAP.COM Aug 13 2020 03:33:00      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518399682      EDI: Q3G.COM Aug 13 2020 03:33:00      Quantum3 Group LLC as agent for,    GPCC I LLC,
               PO Box 788,    Kirkland, WA  98083-0788
518429692      EDI: Q3G.COM Aug 13 2020 03:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
               PO Box 788,    Kirkland, WA  98083-0788
518326498     +EDI: RMSC.COM Aug 13 2020 03:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
518325238     +EDI: WTRRNBANK.COM Aug 13 2020 03:33:00      Target,    Attn: Bankruptcy,    Po Box 9475,
               Minneapolis, MN 55440-9475
                                                                                              TOTAL: 23
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 12, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Company, as Trustee on behalf
           of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMTS Series
           2006-11ABS dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Gavin    Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Company, as Trustee on
           behalf of the holders of the Terwin Mortgage Trust 2006-11ABS, Asset-Backed Certificates, TMTS
           Series 2006-11ABS kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 5
```